| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hochberg, Faith S. | District of New Jersey | 06/30/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Post Office and Courthous Federal Square Newark, N.J. 07101-0999 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. VP and Secretary | Hochberg Foundation, Inc. |
| 2. Board of Trustees | Albert and Mary Lasker Foundation |
| 3. Board of Trustees | New Jersy Women's Forum |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 JUN 29 A 9: 43 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S. | 06/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2009 | Artist – self employed | $8,571.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2009 | ▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sedona Legal Institute Conference | October 21-23, 2009 | Sedona, AZ | Guest panelist on patent law | Transportation, lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S. | 06/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S. | 06/30/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BBH | | None | ▨ | T | Sold (part) | 12/14/09 | ▨ | ▨ | |
| 2. BRK A | ▨ | Dividend | ▨ | T | | | | | |
| 3. EWZ | | None | ▨ | T | Buy | 10/14/09 | ▨ | | |
| 4. FXI | | None | ▨ | T | | | | | |
| 5. IWN | | None | ▨ | T | | | | | |
| 6. OAKGX | | None | ▨ | T | | | | | |
| 7. NASDAQ 100 (QQQQ) | | None | ▨ | T | | | | | |
| 8. OMEGA FUND | | None | ▨ | T | | | | | |
| 9. S&P 500 Fund | ▨ | Dividend | ▨ | T | | | | | |
| 10. SIGA | | None | ▨ | T | | | | | |
| 11. Vanguard Emerging Markets Fund | | None | ▨ | T | | | | | |
| 12. U.S. Treasury Obligations | ▨ | Interest | ▨ | T | | | | | |
| 13. Pine Street Partners Limited Partnership | ▨ | Distribution | ▨ | T | | | | | |
| 14. Tower Associates Limited Partnership | | None | ▨ | U | | | | | |
| 15. Goldman Sachs Real Estate Trusts | ▨ | Distribution | ▨ | T | | | | | |
| 16. United States Treasury Obligations | ▨ | Interest | ▨ | T | Buy | 07/28/09 | ▨ | | |
| 17. U.S. Treasury Money Market Funds | ▨ | Interest | ▨ | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S. | 06/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. TIAA-CREF | ▓ | Distribution | ▓ | T | | | | | |
| 19. Merrill Lynch Bond Fund | ▓ | Interest | ▓ | T | | | | | |
| 20. Passaic Valley Sewer Bonds | ▓ | Interest | ▓ | T | | | | | |
| 21. Delaware/NJ Port Auth Bonds | ▓ | Interest | ▓ | T | Buy | 03/18/09 | ▓ | | |
| 22. NJ Pension Fund | ▓ | Interest | ▓ | T | Buy | 01/12/09 | ▓ | | |
| 23. PittsburghPA Stadium Bonds | ▓ | Interest | ▓ | T | | | | | |
| 24. North NJ Water Bonds | ▓ | Interest | ▓ | T | | | | | |
| 25. GloucesterCtyNJ Bonds | ▓ | Interest | ▓ | T | | | | | |
| 26. Atlantic Co., NJ Bonds | ▓ | Interest | ▓ | T | | | | | |
| 27. E. Orange NJ Bd Ed | ▓ | Interest | ▓ | T | | | | | |
| 28. Mercer County, NJ Muni Bonds | ▓ | Interest | ▓ | T | | | | | |
| 29. NJ Health Care Bonds | ▓ | Interest | ▓ | T | | | | | |
| 30. PlainfieldNJ Bonds | ▓ | Interest | ▓ | T | | | | | |
| 31. NJ Econ Development Bonds | ▓ | Interest | ▓ | T | Buy | 06/05/09 | ▓ | | |
| 32. NJ Educational Dev Bonds | ▓ | Interest | ▓ | T | | | | | |
| 33. Fulco, GA Hosp Facilities Bonds | ▓ | Interest | ▓ | T | | | | | |
| 34. NJ Educ Facilities Bonds | ▓ | Interest | ▓ | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S. | 06/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Montgomery MD Housing Bonds | ▨ | Interest | ▨ | T | | | | | |
| 36. Puerto Rico Bldg Auth Bonds | ▨ | Interest | ▨ | T | | | | | |
| 37. NJ Highway (Trpk) Bonds | ▨ | Interest | ▨ | T | | | | | |
| 38. ClaytonBoroNJ Bonds | ▨ | Interest | ▨ | T | Buy | 04/02/09 | ▨ | | |
| 39. NorthNJWater Bonds | ▨ | Interest | ▨ | T | Buy | 08/28/09 | ▨ | | |
| 40. Neptune, NJ Bonds | ▨ | Interest | ▨ | T | Buy | 06/08/09 | ▨ | | |
| 41. NJ Healthcare Bonds | ▨ | Interest | ▨ | T | | | | | |
| 42. Lower Colorado River Bonds | ▨ | Interest | ▨ | T | Buy | 07/15/09 | ▨ | | |
| 43. NJ Healthcare Bonds | ▨ | Interest | ▨ | T | Buy | 08/14/09 | ▨ | | |
| 44. NJ Transit Bonds | ▨ | Interest | ▨ | T | | | | | |
| 45. Puerto Rico Bldg Auth Bonds | ▨ | Interest | ▨ | T | | | | | |
| 46. Southern NJ Transit Bonds | ▨ | Interest | ▨ | T | Buy | 09/09/09 | ▨ | | |
| 47. Arlington County Bonds | ▨ | Interest | ▨ | T | | | | | |
| 48. NJ Muni Bond Fund | ▨ | Interest | ▨ | T | | | | | |
| 49. NJ Hsg Fin Auth Bond | ▨ | Interest | | | Sold | 02/13/09 | ▨ | ▨ | |
| 50. Virgin Islands Bonds | ▨ | Interest | | | Sold | 03/05/09 | ▨ | ▨ | |
| 51. NJ Hsg Fin Auth Bond | ▨ | Interest | | | Sold | 04/07/09 | ▨ | ▨ | |

1. Income Gain Codes:     A = $1,000 or less     B = $1,001 - $2,500     C = $2,501 - $5,000     D = $5,001 - $15,000     E = $15,001 - $50,000
   (See Columns B1 and D4)     F = $50,001 - $100,000     G = $100,001 - $1,000,000     H1 = $1,000,001 - $5,000,000     H2 = More than $5,000,000
2. Value Codes     J = $15,000 or less     K = $15,001 - $50,000     L = $50,001 - $100,000     M = $100,001 - $250,000
   (See Columns C1 and D3)     N = $250,001 - $500,000     O = $500,001 - $1,000,000     P1 = $1,000,001 - $5,000,000     P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S. | 06/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   NJ Educational Dev Bonds | ▓ | Interest | | | Sold | 06/08/09 | ▓ | ▓ | |
| 53.   NJ Hsg Fin Auth Bonds | ▓ | Interest | | | Sold | 10/30/09 | ▓ | ▓ | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hochberg, Faith S. | 06/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF___                                                                   CT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544